**IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION**

DCB NASHVILLE, LLC, )
)
    Plaintiff, )
)
v. )    Civil No.  3:26-cv-1143
)    Judge Trauger
THE METROPOLITAN GOVERNMENT OF )
NASHVILLE AND DAVIDSON COUNTY, )
)
    Defendant. )

## <u>ORDER</u>

I hereby recuse myself in this case.  The file shall be returned to the Clerk for reassignment

to another judge.

It is so **ORDERED**.

 

_____
ALETA A. TRAUGER
U.S. District Judge