IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| **DCB NASHVILLE, LLC,**<br>a Delaware limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>**THE METROPOLITAN GOVERNMENT OF NASHVILLE AND DAVIDSON COUNTY**,<br><br>Defendant. | Case No. 3:26-cv-01143<br>Judge Richardson<br><br>**COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF AND DAMAGES UNDER 42 U.S.C. § 1983**<br><br>**JURY DEMAND** |

**MOTION FOR PRELIMINARY INJUNCTION**

Plaintiff DCB Nashville, LLC d/b/a DC BLOX ("DC BLOX"), by and through its undersigned counsel, hereby moves this Court pursuant to Rule 65 of the Federal Rules of Civil Procedure for entry of a preliminary injunction against Defendant The Metropolitan Government of Nashville and Davidson County ("Metro"), and in support thereof states as follows:

DC BLOX respectfully requests that this Court enjoin Metro from enforcing Metro Council Bill BL2026-1448, as amended (the "Data Center Moratorium"), against Plaintiff or the Property, and order Metro to accept, process, review, and act upon Plaintiff's pending building, grading, demolition, zoning, and related development applications under the law governing those applications at the time of submission.

In support of this Motion, DC BLOX demonstrates that it is likely to succeed on its constitutional claims for Due Process and Equal Protection violations; it will suffer irreparable

harm absent injunctive relief; the balance of equities tips sharply in its favor; and an injunction serves the public interest.

The factual and legal bases for this Motion are set forth in detail in the contemporaneously filed Memorandum of Law in Support of Motion for Preliminary Injunction and the exhibits attached hereto.

Given the ongoing and irreparable nature of the harm suffered by DC BLOX, including constitutional violations, substantial daily carrying costs on a $23,000,000 investment, jeopardized customer contracts, and competitive disadvantage, DC BLOX respectfully requests that this Court set this Motion for an expedited hearing at the earliest practicable date.

Pursuant to Local Rule 7.01(a)(1), counsel conferred with Metro's counsel and received confirmation that Metro opposes this motion.

**WHEREFORE**, Plaintiff DCB Nashville, LLC d/b/a DC BLOX respectfully requests that this Court enter an order:

(a) Granting a preliminary injunction enjoining Metro from enforcing BL2026-1448 against DC BLOX and the Property;

(b) Requiring Metro to accept, process, review, and act upon DC BLOX's building, grading, zoning, and related development applications under the law governing those applications;

(c) Prohibiting Metro from using BL2026-1448 to delay, stay, or foreclose Board of Zoning Appeals proceedings concerning the Property; and

(d) Granting such other and further relief as this Court deems just and proper.

Respectfully submitted,

**THOMPSON BURTON PLLC**

__*/s/ Joshua C. Lee*_________
Joshua C. Lee, #30227
R. Alex Dickerson, #27184
J. Douglas Sloan III, #21016
Thompson Burton PLLC
1801 West End, Suite 1550
Nashville, TN 37203
Telephone: (615) 988-1629
alex@thompsonburton.com
joshua.lee@thompsonburton.com
dsloan@thompsonburton.com

*Attorneys for Plaintiff DCB Nashville, LLC*

**CERTIFICATE OF SERVICE**

I hereby certify that on this date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

__*/s/ Joshua C. Lee*________
Joshua Lee