## Nashville Parcel Viewer

General Info

Print Table | Export Table

| | |
|---|---|
| Parcel ID: | 13300013500<br>View in AssessPro<br>View Tax Info<br>Print Parcel Details |
| Parcel Address: | 648 GRASSMERE PARK NASHVILLE, TN 37211 |
| Owner: | DCB NASHVILLE, LLC |
| Acquired Date: | 7/16/2026 |
| Sale Price: | $23,000,000.00 |
| Sale Instrument: | DB-20260720 0065582 |
| Mailing Address: | 1040 CROWN POINTE PKWY STE 560 ATLANTA, GA 30338 |
| Legal Description: | LOT 5 RESUB LOT 5 & 8 GRASSMERE SEC 4 2ND REV |
| Acreage: | 23.49 |
| Frontage Dimension: | |
| Side Dimension: | |
| Parcel Instrument: | PL-00009700 0000615 |
| Parcel Instrument Date: | 3/6/1998 |
| Census Tract: | 37018901 |
| Tax District: | USD |
| Council District: | 26 |
| Land Use Description: | OFFICE BLDG (3 OR MORE STORIES) |
| Assessment Date: | 1/1/2025 |
| Total Appraised Value: | $37,400,600.00 |

