## Nashville Parcel Viewer

General Info

Ownership History

Property History

Zoning History

Print Table | Export Table

| | |
|---|---|
| Zone Code | IWD |
| Zone Description | INDUSTRIAL WAREHOUSING/DISTRIBUTION IS INTENDED FOR A WIDE RANGE OF WAREHOUSING, WHOLESALING, AND BULK DISTRIBUTION USES. |
| Effective Date | 1/1/1998 |
| Ordinance | O96-555 |
| Case Number | |
| Status | Current |
| Zone Code | CG |
| Zone Description | |
| Effective Date | 1/19/1983 |
| Ordinance | O82-1109 |
| Case Number | 114-82-U |
| Status | Inactive |
| Zone Code | R10 |
| Zone Description | LOW-MEDIUM DENSITY RESIDENTIAL, REQUIRING A MINIMUM 10,000 SQUARE FOOT LOT AND INTENDED FOR SINGLE AND TWO-FAMILY DWELLINGS AT A DENSITY OF 4.63 DWELLING UNITS PER ACRE. |
| Effective Date | 12/23/1974 |

