FREDDIE O'CONNELL
MAYOR

**METROPOLITAN GOVERNMENT OF NASHVILLE AND DAVIDSON COUNTY**

DEPARTMENT OF CODES & BUILDING SAFETY

OFFICE ADDRESS
METRO OFFICE BUILDING—3rd FLOOR
800 PRESIDENT RONALD REAGAN WAY
NASHVILLE, TENNESSEE 37210

MAILING ADDRESS
POST OFFICE BOX 196350
NASHVILLE, TENNESSEE 37219
TELEPHONE (615) 862-6500
FACSIMILE (615) 862-6514
www.nashville.gov/codes

3/18/2026

**Re: Zoning Determination – Use of 648 & 650 Grassmere Park as General Office and/or Business Service**
**Zoning: IWD**
**Combined Acreage: 23.49 acres**

Mr. Sloan,

At your request, the Zoning Administrator's Office has reviewed the zoning classification and the proposed use of General Office and/or Business Service for the properties located at 648 & 650 Grassmere Park, which comprise more than 23 acres and are zoned IWD.

**Applicable Definition**

Under Metropolitan Code of Laws §17.04.060, the terms "General Office" and "Business Office" are defined as follows:

"General office" means the provision of executive, management, administrative or professional services, but not involving medical services."

"Business service" means the provision of services required for the day-to-day operation of a business such as, but not limited to, consulting service, photocopy or office supply."

" Warehouse" means a facility used primarily for the bulk storage or goods and materials either for a private entity or the general public."

**Description of Use**

You have described the use of the properties as an edge node data center that will include:

- Administrative and management office space for data center operations;
- The provision of services required for the day-to-day business operations for business clients' digital needs; and
- No medical services will be provided at the site.

**Zoning Analysis**

The IWD district permits wholesaling, warehousing and bulk distribution uses where relatively flat, large acreage tracts of land are needed and where uses are compatible with the industrial character of the area. Both "General Office" ,"Business Service" and " Warehouse" are permitted uses in IWD zoning districts.

Based on the information provided and the intended use as described above, the activities associated with an edge node data center, including administrative/management office space for managing company operations and providing day-to-day connectivity and reliable access to digital and cloud services for businesses fall within the defined use categories of "General Office" and/or "Business Service" and/or "Warehouse" under the Metropolitan Code and are permissible within the IWD zoning district, subject to compliance with all applicable development and permitting requirements.

**Conditions and Permitting**

This determination is contingent upon the following:
1. All structures must comply with setback, height, and bulk standards of the IWD district;
2. Applicable building, electrical, and life, safety codes must be met;
3. Any necessary grading, stormwater, or land disturbance permits must be obtained; and
4. The applicant must comply with any requirements imposed by other reviewing agencies, including the Fire Marshal, Metro Water Services, Stormwater, Public Works/NDOT, or the Health Department.

**Determination**

It is the opinion of the Zoning Administrator that the proposed use of an edge node data center at 648 & 650 Grassmere Park as "General Office" and/or "Business Service" "Warehouse" as defined in MCL §17.04.060, are permitted uses within the IWD zoning district, subject to all standard permitting and regulatory requirements.

This letter constitutes a formal zoning determination issued by the Zoning Administrator for the Metropolitan Government of Nashville and Davidson County. Please contact our office if you need further clarification or if additional documentation is required for permitting or financing.

Sincerely,

Joey Hargis
Zoning Administrator
Metropolitan Government of Nashville & Davidson County
Department of Codes & Building Safety