


https://maps.nashville.gov/ParcelViewer/ (last accessed, August, 13, 2026); showing 648 Grassmere Park Drive, with District Employment Center Community Character Policy.