
Nashville Parcel Viewer