Docusign Envelope ID: AF6AFBB5-8FAF-8478-83E5-BEFAB32F8AE5

**UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

| | |
|---|---|
| **DCB NASHVILLE, LLC,**<br>a Delaware limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>**THE METROPOLITAN GOVERNMENT OF NASHVILLE AND DAVIDSON COUNTY**,<br><br>Defendant. | Case No. 3:26-cv-01143<br>Judge Richardson<br><br>**COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF AND DAMAGES UNDER 42 U.S.C. § 1983**<br><br>**JURY DEMAND** |

**DECLARATION OF CHRIS GATCH**

I, Chris Gatch, hereby declare as follows:

**Background**

1. I am over 18 years old.
2. I am EVP and Chief Revenue Officer of [ **DCB NASHVILLE, LLC**. ("DC BLOX"). I have served in this role since 11/25 and in various roles at the greater DC BLOX group of companies since 2018. In this capacity, I am responsible for Sales and Marketing executive leadership, including input on site development. I have personal knowledge of the facts set forth in this Declaration, and if called as a witness, I could and would competently testify to the matters stated herein.

Docusign Envelope ID: AF6AFBB5-8FAF-8478-83E5-BEFAB32F8AE5

**Preexisting Data-Center Use on the Property**

3. Based on our due diligence for the property known as 648 Grassmere Park Drive (the "Property"), we learned that Asurion operated office and data-center functions on the Property.
4. Asurion's preexisting facility used the Property for the same essential category of activity DC BLOX intends to continue and expand—housing and operating computer and data-processing systems and associated electrical, cooling, network, backup-power, and office functions.
5. The preexisting facility included approximately 3.6 electrical megawatts (MWs) of generator capacity on the exterior of the building, external cooling systems, and other electrical and mechanical systems consistent with a data center deployment Asurion maintained its use, and has a license agreement permitting storage of equipment currently in place.
6. Based on our analysis, the Property contains reasonable space for continuation, reconstruction, and expansion of the protected activity without creating a nuisance to adjoining landowners.

**DC BLOX's Site Search and Acquisition**

7. DC BLOX began searching for a suitable Nashville data-center location in approximately January 2022.
8. The Property was first presented as a potential site in April 2024, and DC BLOX focused on the Grassmere location by May 2025 after evaluating other potential sites.

Docusign Envelope ID: AF6AFBB5-8FAF-8478-83E5-BEFAB32F8AE5

9. The site was particularly suitable because it was IWD-zoned, had existing data-center operations, fiber connectivity, and access to the electrical capacity required for the proposed development.

10. During acquisition discussions, the seller advised DC BLOX that the Nashville Zoo had expressed interest in purchasing the Property or a portion of it.

11. Between approximately June and September 2025, DC BLOX proposed potential subdivisions that would have allowed DC BLOX to develop the portion needed for its facility while the Zoo acquired the balance.

12. Those proposals did not result in a final transaction.

**Purchase and Sale Agreement and Reliance**

13. On or about November 7, 2025, DC BLOX PARENT, LLC entered into a Purchase and Sale Agreement with MarketStreet Grassmere LLC for approximately $23,000,000.

14. The agreement was conditioned upon or otherwise premised on DC BLOX's intended use of the Property for data-center development.

15. Before closing, DC BLOX invested substantial sums in due diligence, engineering, architectural design, utility coordination, environmental and geotechnical work, legal work, and other predevelopment expenditures in reliance on the Property's lawful data-center use and IWD zoning.

16. DCB Nashville, LLC closed on the purchase on July 16, 2026, paying approximately $23,000,000, and continued incurring predevelopment costs thereafter.

**Permit Applications**

17. On May 11, 2026, DC BLOX submitted grading-permit applications to Metro.

18. On May 29, 2026, DC BLOX submitted building-permit applications for the proposed data-center facility.

19. After the July 16, 2026 closing, Burr Computer Environments, Inc., on behalf of DCB Nashville, LLC as the new owner, submitted additional building-permit documentation on July 17, 2026.

**Harm from Metro's Actions**

20. The resulting delay from Metro's enforcement of BL2026-1448 affects DC BLOX's customer obligations, development schedule, financing and carrying costs, construction sequencing, utility coordination, and competitive position.

21. DC BLOX has a binding agreement with a customer to deliver services from the Property. Under the terms of the agreement, DC BLOX must begin demolition and construction in the next few weeks to comply with the contractual timeline.

22. DC BLOX would not be able to meet its contractual commitment if it were prohibited from demolition and construction until after December 1, 2026, in accordance with the Data Center Moratorium.

23. Further, the delay leaves a cloud on the Property and obstructs DC BLOX's financial and contractual obligations.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on August 14, 2026, in Cobb County, Georgia.

DocuSigned by:
Chris Gatch
CBFD581DF259451...

Chris Gatch
DCB Nashville, LLC d/b/a DC BLOX