KARL F. DEAN
MAYOR

METROPOLITAN GOVERNMENT OF NASHVILLE AND DAVIDSON COUNTY

DEPARTMENT OF CODES & BUILDING SAFETY

OFFICE ADDRESS
METRO OFFICE BUILDING – 3rd FLOOR
800 SECOND AVENUE, SOUTH
NASHVILLE, TENNESSEE 37210

MAILING ADDRESS
POST OFFICE BOX 196300
NASHVILLE, TENNESSEE 37219-6300
TELEPHONE (615) 862-6500
FACSIMILE (615) 862-6514
www.nashville.gov/codes

March 18, 2011

BALFOUR BEATTY CONSTRUCTION LLC
2636 ELM HILL PIKE STE 100
NASHVILLE, TN 37214

RE: **FINAL USE AND OCCUPANCY**
650 Grassmere Park, NASHVILLE, TN 37211
Map/Parcel No: 13300013500
Building Permit: 200928965
Issued: December 21, 2009

Gentlemen:

The Department of Codes and Building Safety and other required Metropolitan Departments have inspected the renovations made to Suite 300 for Asurion office for data center expansion, at the above location.

Through routine inspections and visual observations it has been determined that the work performed substantially complies with the applicable codes and ordinances of the Metropolitan Government of Nashville and Davidson County. Therefore, we hereby approve it for **Final Use and Occupancy**. However, granting of the **Final Use and Occupancy** in no way relieves the **contractors of their** responsibility for any work performed not in accordance with applicable codes and ordinances.

Thank you for your cooperation.

Very truly yours,

Manley Biggers, P.E.
Assistant Director

MB: mkm

cc: Map/Parcel File

KARL F. DEAN
MAYOR

**METROPOLITAN GOVERNMENT OF NASHVILLE AND DAVIDSON COUNTY**

DEPARTMENT OF CODES & BUILDING SAFETY

OFFICE ADDRESS
METRO OFFICE BUILDING – 3rd FLOOR
800 SECOND AVENUE, SOUTH
NASHVILLE, TENNESSEE 37210

MAILING ADDRESS
POST OFFICE BOX 196300
NASHVILLE, TENNESSEE 37219-6300
TELEPHONE (615) 862-6500
FACSIMILE (615) 862-6514
www.nashville.gov/codes

January 30, 2013

BRASFIELD & GORRIE LLC
2636 ELM HILL PIKE
SUITE 670
NASHVILLE, TN 37214

RE: **FINAL USE AND OCCUPANCY**
648 Grassmere Park, NASHVILLE, TN 37211
Map/Parcel No: 13300013500
Building Permit: 201205579
Issued: March 16, 2012

Gentlemen:

The Department of Codes and Building Safety and other required Metropolitan Departments have inspected the alterations to existing call center to modify space for expansion of electrical rooms and data rooms, at the above location.

Through routine inspections and visual observations it has been determined that the work performed substantially complies with the applicable codes and ordinances of the Metropolitan Government of Nashville and Davidson County. Therefore, we hereby approve it for **Final Use and Occupancy**. However, granting of the **Final Use and Occupancy** in no way relieves the **contractors of their** responsibility for any work performed not in accordance with applicable codes and ordinances.

Thank you for your cooperation.

Very truly yours,

Wade Hill
~~Assistant~~ Director

WH: ch

JOHN COOPER
MAYOR

*3998463*
3998463

# METROPOLITAN GOVERNMENT OF NASHVILLE AND DAVIDSON COUNTY

March 04, 2022

DEPARTMENT OF CODES & BUILDING SAFETY

OFFICE ADDRESS
METRO OFFICE BUILDING --3rd FLOOR
800 SECOND AVENUE, SOUTH
NASHVILLE, TENNESSEE 37210

MAILING ADDRESS
POST OFFICE BOX 196350
NASHVILLE, TENNESSEE 37219-6300
TELEPHONE (615) 862-6500
FACSIMILE (615) 862-6514
www.nashville.gov/codes

DYER CONSTRUCTION, LLC
HENDERSONVILLE, TN 37075

RE: **FINAL USE AND OCCUPANCY**
650 GRASSMERE PARK, NASHVILLE, TN 37211
Map / Par No: 13300013500
Building Permit: 2021034840
Issued: 03/04/2022

To whom it may concern:

The Department of Codes and Building Safety and other required Metropolitan Departments have inspected the **General Office Services (Grassmere)** at the above-referenced location.

Through routine inspections and visual observations, it has been determined that the work performed substantially complies with the applicable codes and ordinances of the Metropolitan Government of Nashville and Davidson County. Therefore, the Department of Codes and Building Safety hereby approves the above-referenced property for **Final Use and Occupancy**. However, granting of the Final Use and Occupancy in no way relieves the contractors of responsibility for any work performed that is not in compliance with applicable codes and ordinances.

Sincerely,

Byron Hall
Assistant Director
Department of Codes and Building Safety

BH:td

# Nashville ePermits

(https://www.nashville.gov/departments/codes/construction-and-permits/e-permits-system/training-guides)

## Permit

← Back To Search

Permit Summary

Parcel/Address

Contacts

Contractors

Related Permits

Reviews / Inspections

Quantity Group

Fees

Bonds & Surety Information

Condition

Flags

## Permit Summary

| | |
|---|---|
| **Permit Number** | CACR 201205579 |
| **Type** | Building Commercial - Rehab / General Office, Professional Services |
| **Status** | Done |
| **Date Issued** | Mar 16, 2012 |

## Scope of Work

ASURION NHQ RENOVATIONS NO CHANGE TO FOOTPRINT/ alterations to existing call center to modify space for expansion of electrical rooms and data rooms...approxl 1800 sqft.. ***PURSUANT TO ORDINANCE NO 2006-1263 of the Metropolitan Code of Laws, I, holder of this permit, hereby certify that all construction and demolition waste generated by any and all activities governed by this permit shall be disposed of in an approved landfill. Further, I certify that no construction or demolition waste shall be stored on the property in violation of any provisions of the Metropolitan Code***

## Parcel/Address

## Permit Summary

| | |
|---|---|
| **Permit Number** | CACR 201205579 |
| **Type** | Building Commercial - Rehab / General Office, Professional Services |
| **Status** | Done |
| **Date Issued** | Mar 16, 2012 |

## Scope of Work

ASURION NHQ RENOVATIONS NO CHANGE TO FOOTPRINT/ alterations to existing call center to modify space for expansion of electrical rooms and data rooms...approxl 1800 sqft.. ***PURSUANT TO ORDINANCE NO 2006-1263 of the Metropolitan Code of Laws, I, holder of this permit, hereby certify that all construction and demolition waste generated by any and all activities governed by this permit shall be disposed of in an approved landfill. Further, I certify that no construction or demolition waste shall be stored on the property in violation of any provisions of the Metropolitan Code***

## Parcel/Address

| | | |
|---|---|---|
| **Address** | 648 Grassmere Park<br>NASHVILLE TN 37211 | |
| **Coordinates** | X: 1747835.165 | Y: 640242.413 |
| **APN** | 13300013500 | |

## Reviews / Inspections

| DESCRIPTION | STATUS | COMPLETED BY | COMPLETED |
|---|---|---|---|
| [B] Fire Sprinkler Review On Bldg App | APPROVED | Kelly, John | May 2, 2012 |
| [B] Plans Picked Up By Customer | APPROVED | Tyler, John | Mar 16, 2012 |
| [B] Building Plans Review | APPROVED | Harris, Richard | Mar 13, 2012 |
| | Renovations to expand existing data center inside existing business occupancy of 2-B Sprinklered construction. Scope involves renovation of 1893 SF and extensive mechanical and electrical work (incl. 2 new generators) Engineers are Judson H. Adams # 106568 & Sam W. Honeycutt, Jr. # 14147. | | |