Karen Johnson Davidson County
Batch# 1449367 DEEDWARRSP
07/20/2026 03:06:30 PM 6 pgs
Fees: $33.00 Taxes: $85,100.00
20260720-0065582

THIS INSTRUMENT PREPARED BY:
BASS, BERRY & SIMS PLC (SET)
21 Platform Way South, Suite 3500
Nashville, Tennessee 37203

**SPECIAL WARRANTY DEED**

| Address New Owner(s): | Send Tax Bills To: | Map/Parcel Number(s): |
|---|---|---|
| DCB NASHVILLE, LLC<br>1040 Crown Pointe Parkway<br>Suite 560<br>Atlanta, GA 30338<br>Attn: Kevin O'Donnell | DCB NASHVILLE, LLC<br>1040 Crown Pointe Parkway<br>Suite 560<br>Atlanta, GA 30338<br>Attn: Kevin O'Donnell | 133-00-0-135.00 |

FOR AND IN CONSIDERATION OF the sum of TEN AND NO/100 DOLLARS ($10.00) cash in hand paid and other good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, MARKETSTREET GRASSMERE LLC, a Tennessee limited liability company ("Grantor") has bargained and sold, and hereby transfers and conveys, to DCB NASHVILLE, LLC, a Delaware limited liability company and its successors and assigns ("Grantee"), certain real property in Davidson County, Tennessee, being more particularly described on Exhibit A attached hereto and incorporated herein by reference.

TO HAVE AND TO HOLD said property, together with the appurtenances, hereditaments, estate, title and interest thereto belonging, to Grantee, forever.

This is improved property known as 648 and 650 Grassmere Park Drive, Nashville, Tennessee, 37211.

Said property is conveyed subject to the matters set forth on Exhibit B attached hereto and incorporated herein by reference.

Grantor covenants and binds itself and its successors and assigns to warrant specially and defend to Grantee forever the title to said property against the lawful claims of all persons claiming through or under Grantor (excluding claims arising out of the matters set forth on Exhibit B), but no further or otherwise.

Dated as of this 16 day of July, 2026.

*(Next Page is Signature Page)*

IN WITNESS WHEREOF, the undersigned Grantor has executed this instrument or has caused same to be executed as of the date set forth above

MARKETSTREET GRASSMERE LLC,
a Tennessee limited liability company

By: ______________________________
Name: Dirk Melton
Title: Authorized Signatory

STATE OF TENNESSEE )

COUNTY OF DAVIDSON )

Personally appeared before me, the undersigned, a Notary Public having authority within the State and County aforesaid, Dirk Melton, with whom I am personally acquainted, and who acknowledged that he executed the within instrument for the purposes therein contained, and who further acknowledged that he is an Authorized Signatory of Marketstreet Grassmere LLC, a Tennessee limited liability company, and is authorized to execute this instrument on behalf of Marketstreet Grassmere LLC.

WITNESS my hand, at office, this 7th day of July, 2026.

______________________________
Notary Public

My Commission Expires:

10/4/27

ELIZABETH PUCKETT STATE OF TENNESSEE NOTARY PUBLIC DAVIDSON COUNTY Commission Expires Oct. 4, 2027

*[Signature Page to Special Warranty Deed]*

STATE OF Maryland )

COUNTY OF Montgomery )

The actual consideration for this transfer or value of property transferred (whichever is greater) is $23,000,000.00.

Jessica Hester
Affiant

Sworn to and subscribed before me this 16 day of July, 2026.

Notary's Signature

MY COMMISSION EXPIRES: 08/15/2028

NOTARY'S SEAL

LISA FAMULARE NOTARY PUBLIC MONTGOMERY COUNTY, MD

**Exhibit A**

**Legal Description of Property**

Being a parcel of land in Nashville, First Civil District, Thirtieth Councilmanic District, Davidson County, Tennessee, located in the Southeasterly quadrant of the intersection of Trousdale Drive and the CSX Transportation Railroad, and being Lot No. 5 as shown on the plan of Second Revision Lots 5 and 8, Resubdivision of Lot 5 and 6, Section Four, GRASSMERE as of record in Book 9700, Page 615, Register's Office for Davidson County, Tennessee.

Being the same property conveyed to Marketstreet Grassmere Co., a Tennessee general partnership, by deed from GCP HOLDCO, LLC, a Delaware limited liability company, of record in Instrument No. 201506120055733, in the Register's Office of Davidson County, Tennessee. The said Marketstreet Grassmere Co., a Tennessee general partnership, having since converted and changed its name to Marketstreet Grassmere LLC, a Tennessee limited liability company, as evidenced by Acknowledgment of Conversion in Instrument No. 201912230132647, said Register's Office.

# Exhibit B

## Permitted Exceptions

1. Taxes and assessments for the year 2026 and subsequent years, not yet due and payable.

2. Rights of tenants, as tenants only, under any unrecorded leases.

3. All matters shown on plat(s) of record in Book 9700, Page 615, in the Register's Office of Davidson County, Tennessee.

4. Terms and provisions of Declaration of Restrictive Covenants, by Thomas C. Scott, Trustee, of record in Book 6008, Page 866; as affected by Amendment to Declaration of Restrictive Covenants in Book 6280, Page 524; and Second Amendment to Declaration of Restrictive Covenants in Instrument No. 200005310053960, re-recorded in Instrument No. 200006090058113, in the Register's Office of Davidson County, Tennessee.

5. Terms and provisions of Driveway Easement Agreement, by and between Grassmere Partners, a Tennessee general partnership (formerly known as Grassmere Park Associates) and AT&T Corp., a New York corporation, of record in Book 10514, Page 760, in the Register's Office of Davidson County, Tennessee.

6. Terms and provisions of Ingress Egress Easement, by and between Grassmere Partners, a Tennessee general partnership (formerly known as Grassmere Park Associates) and Grassmere Investors, L.L.C. and Grassmere IV, L.P., of record in Book 11061, Page 516, in the Register's Office of Davidson County, Tennessee.

7. Terms and provisions of Inspection and Maintenance Agreement for Private Stormwater Management Facilities, by and between ARI Commercial Properties, Inc. and Metropolitan Government of Nashville and Davidson County, Tennessee, of record in Instrument No. 200804010032626, in the Register's Office of Davidson County, Tennessee.

8. Terms and provisions of Agreement for Dedication of Easement for Sanitary Sewers and/or Storm Drainage Water Mains, Pumps and Appurtenances, by and between ARI-Grassmere Corporate Plaza, LLC and The Metropolitan Government of Nashville and Davidson County, its successors and assigns forever, of record in Instrument No. 200804010032677, in the Register's Office of Davidson County, Tennessee.

9. Terms and provisions of unrecorded lease, as evidenced by Memorandum of Lease by and between ARI - GCP, LLC; ARI - GCP 1, LLC; ARI - GCP 2, LLC; ARI - GCP 3, LLC; ARI - GCP 4, LLC; ARI - GCP 5, LLC; ARI - GCP 6, LLC; ARI - GCP 7, LLC; ARI - GCP 8, LLC; ARI - GCP 9, LLC; ARI - GCP 10, LLC; ARI - GCP 11, LLC; ARI - GCP 12, LLC; ARI - GCP 13, LLC; ARI - GCP 14, LLC; ARI - GCP 15, LLC; ARI - GCP 16, LLC; ARI - GCP 17, LLC; ARI - GCP 18, LLC; ARI - GCP 19, LLC; ARI - GCP 22, LLC; ARI - GCP 23, LLC; ARI - GCP 24, LLC; ARI - GCP 25, LLC; ARI -GCP 26, LLC; ARI - GCP 27, LLC; ARI - GCP 28, LLC; ARI - GCP 29, LLC; ARI - GCP 30, LLC; and ARI - GCP 31, LLC, each a Delaware limited liability company and Asurion Insurance Services, Inc., a Tennessee corporation, of record in Instrument No. 201012290103641, in the Register's Office of Davidson County, Tennessee.

51228893.2

**Tennessee Certification of Electronic Document**

I, Jessica Hester, do hereby make oath that I am a licensed attorney and/or the custodian of the original version of the electronic document tendered for registration herewith and that this electronic document is a true and exact copy of the original document executed and authenticated according to law on July 16, 2026 (date of document).

Jessica Hester
Affiant Signature

July 16, 2026
Date

State of Maryland

County of Montgomery

Notary's Signature

MY COMMISSION EXPIRES: 08/15/2028

NOTARY'S SEAL

LISA FAMULARE NOTARY PUBLIC MONTGOMERY COUNTY, MD