


**F.E.C. SECTION**




**F.E.C. PLAN**




**SMOKE PARTITION**

## CODE LEGEND

| | |
|---|---|
| (red dash-dot line) | FIRE BARRIER - 1 HR FIRE RESISTANCE RATING |
| (green dash-dot-dot line) | FIRE BARRIER - 2 HR FIRE RESISTANCE RATING |
| FEC-01 | FIRE EXTINGUISHER CABINET -MULTI PURPOSE (DRY CHEMICAL) |
| FE-01 | FIRE EXTINGUISHER WITH BRACKET -MULTI PURPOSE (DRY CHEMICAL) |
| FE-02 | FIRE EXTINGUISHER WITH BRACKET -CLEAN AGENT |
| DR ACT: 34" 20 REQ: 4.0" Not-Sprinkled → | EXIT |
| DR ACT: 34" 20 REQ: 4.0" Not-Sprinkled ➔ | EXIT AT GRADE |
| 120 MIN | DOOR RATING |

## CODE SUMMARY

***PROJECT SUMMARY:***
NEW 10MW DATA CENTER WITH SUPPORTING SPACES.

***PROPOSED USE:*** (P04)
GENERAL OFFICE/WAREHOUSE (DATA CENTER)

***CODE INFORMATION***

| | |
|---|---|
| BUILDING CODE | 2024 INTERNATIONAL BUILDING CODE |
| MECHANICAL CODE | 2024 INTERNATIONAL MECHANICAL CODE |
| PLUMBING CODE | 2024 INTERNATIONAL PLUMBING CODE |
| ELECTRICAL CODE | 2023 NATIONAL ELECTRICAL CODE |
| FIRE CODE | 2018 NATIONAL FIRE PROTECTION ASSOCIATION |
| ENERGY CODE | 2024 INTERNATIONAL ENERGY CONSERVATION CODE |

***OWNER***
DC BLOX

***ARCHITECT***
CMBA ARCHITECTS
302 JONES ST STE 200
SIOUX CITY, IA
51031
PHONE
A/E RESPONSIBLE: Dan Levi email: levi.d@cmbaarchitects.com

***BUILDING AREA LIMITATION:***
NEW BUILDING: 69,220 TOTAL

***CONSTRUCTION TYPE:***
IBC TYPE IIB

***OCCUPANCY TYPE:***
B: BUSINESS
S-2: STORAGE

***SPRINKLER:***
NEW BUILDING - YES

***TRAVEL DISTANCE TO EXITS (feet)*** (P04)
1. Max Travel Distance to Exit 300' for B.
2. Max Travel Distance to Exit 400' for S-2.

***ACTIVE FIRE SAFETY FEATURES***
1. FIRE ALARM SYSTEM
2. FIRE SPRINKLER SYSTEM - AS SPECIFIED PER NFPA 13

### GENERAL BUILDING LIMITATIONS

HIGH RISE? NO

| ITEM | ALLOWED / REQUIRED | ACTUAL / PROVIDED |
|---|---|---|
| HEIGHT OF BUILDING | 75' | 29' - 9 1/2" |
| NUMBER OF STORIES | 4 | 1 |
| TOTAL AREA OF BUILDING | 92,000 SF | 69,220 SF |

### FIRE PROTECTION SYSTEMS

- FIRE EXTINGUISHING SYSTEM: YES
  - NFPA TYPE: FULL COVERAGE AUTOMATIC SPRINKLER SYSTEM
- STANDPIPE SYSTEM: NO

### FIRE RESISTANT CONSTRUCTION/FIREPROOFING SCHEDULE

| ITEM | REQ'D RATING / HR | UL/FM # WHERE APPLICABLE |
|---|---|---|
| - EXTERIOR WALLS: LOAD BEARING | 0 | COMPLIES |
| - NON-LOAD BEARING | 0 | COMPLIES |
| - INTERIOR WALL: LOAD BEARING | 0 | COMPLIES |
| - NON-LOAD BEARING | 0 | COMPLIES |
| - FLOOR/CEILING | 0 | COMPLIES |
| - ROOF/CEILING | 0 | COMPLIES |

**NFPA 10 FIRE EXTINGUISHER REQUIREMENTS**

TABLE 6.2.1.1 - ORDINARY HAZARD CLASS A REQUIREMENTS
MIN. RATED EXTINGUISHER - TYPE 2A
MAX DISTANCE TO EXTINGUISHER - 75 FT
MAX AREA (PER UNIT OF 'A') - 1500 SF

| LS TRAVEL DISTANCE - TYPE S-2 | |
|---|---|
| TRAVEL FROM | TOTAL TRAVEL DISTANCE |
| PHASE-2 | 199'-0" |
| ELEC. - B | 215'-8" |
| DATA HALL | 219-3" |
| CRAC GALLERY | 196'-6" |

| LS TRAVEL DISTANCE - TYPE - B | |
|---|---|
| TRAVEL FROM | TOTAL TRAVEL DISTANCE |
| OPPS | 64'-1" |
| OPPS | 92'-7" |

**TRAVEL DISTANCES** (P04)

| TRAVEL FROM | TRAVEL TO | TOTAL TRAVEL DISTANCE |
|---|---|---|
| **B OCCUPANCY 300'-0" MAX.** | | |
| OPS 113 | VESTIBULE 104 | 64' - 1" |
| OPS 113 | CORRIDOR 119 | 92' - 7" |
| PHASE 2 136 | CORRIDOR 134 | 199' - 0" |
| PHASE 2 136 | PHASE 2 136 | 52' - 10" |
| FUTURE SPACE 140A | CORRIDOR 143 | 170' - 5" |
| FUTURE SPACE 140A | CORRIDOR 143 | 156' - 2" |
| **S-2 OCCUPANCY 400'-0" MAX.** | | |
| MECH GALLERY 141 | CORRIDOR 125 | 140' - 0" |
| MECH GALLERY 141 | CORRIDOR 143 | 246' - 6" |
| DATA HALL 140 | CORRIDOR 125 | 283' - 0" |
| DATA HALL 140 | MANTRAP 126 | 297' - 0" |
| ELEC - B 130 | MANTRAP 126 | 215' - 8" |
| ELEC - B 130 | CORRIDOR 134 | 98' - 8" |

**BUILDING ENVELOPE REQUREMENTS**

| | REQUIRED | | PROVIDED | | REFERENCE |
|---|---|---|---|---|---|
| CLIMATE ZONE 4A | U-VALUE | R-VALUE | U-VALUE | R-VALUE | 2024 IECC |
| ROOF - INSULATION ENTIRELY ABOVE ROOF DECK | U-0.032 | R-30ci | - | 30ci | C402.1.3 |
| ABOVE GRADE WALLS | U-0.104 | R-9.5ci | - | 9.5ci | C402.1.3 |
| BELOW GRADE WALL | C-0.119 | R-7.5ci | - | 7.5ci | C402.1.3 |
| FLOOR - SLAB ON GRADE, UNHEATED | F-0.52 | R-15 for 24" | - | R-15 for 24" | C402.1.3 |
| DOORS - INSULATED METAL | U-0.37 | - | 0.37 | - | C402.1.2 |
| WINDOWS - METAL WITH THERMAL BREAK | U-0.34 | - | 0.34 | - | C402.5 |

ci. - CONTINUOUS INSULATION
NR - NO REQUIREMENTS

NOTE: ALL DELEGATED DESIGN ELEMENTS SHALL BE COORDINATED AND COMPLIANT WITH MINIMUM T.N. ENERGY CONSERVATION CODE REQUIREMENTS.

**PLUMBING FIXTURE REQUIREMENTS**

| | FEMALE | | MALE | | SINGLE USER | |
|---|---|---|---|---|---|---|
| FIXTURE | # REQUIRED | # PROVIDED | # REQUIRED | # PROVIDED | # REQUIRED | # PROVIDED |
| WATER CLOSETS | 3 | 3 | 3 | 2 | 0 | 2 |
| URINALS | | | 0 | 1 | 0 | 0 |
| LAVATORIES | 3 | 2 | 3 | 2 | 0 | 2 |
| | SERVICE | | | | | |
| | # REQUIRED | # PROVIDED | | | | |
| SERVICE SINKS | 2 | 1 | | | | |
| DRINKING FOUNTAIN | 2 | 1 DOUBLE = 2 | | | | |

**OCCUPANT LOAD PER ROOM**

| ROOM NAME | ROOM # | AREA | OLF | OCCS. |
|---|---|---|---|---|
| LOADING DOCK | 101 | 594 SF | 300 | 2 |
| STORAGE | 102 | 242 SF | 300 | 1 |
| TENANT | 102B | 180 SF | 300 | 1 |
| SECURITY | 103 | 130 SF | 150 | 1 |
| VESTIBULE | 104 | 130 SF | 150 | 1 |
| CORRIDOR | 105 | 728 SF | 150 | 5 |
| POE | 106 | 97 SF | 300 | 1 |
| MMR | 107 | 195 SF | 300 | 1 |
| MANTRAP | 108 | 120 SF | 150 | 1 |
| CONF. RM. | 109 | 276 SF | 15 | 19 |
| OFFICE | 110 | 153 SF | 150 | 2 |
| OFFICE | 111 | 153 SF | 150 | 2 |
| OPEN OFFICE | 112 | 276 SF | 150 | 2 |
| OPS | 113 | 241 SF | 150 | 2 |
| IT | 114 | 158 SF | 300 | 1 |
| MMR | 115 | 195 SF | 300 | 1 |
| POE | 116 | 97 SF | 300 | 1 |
| JAN./STO. | 117 | 38 SF | 300 | 1 |
| BREAK ROOM | 118 | 163 SF | 15 | 11 |
| CORRIDOR | 119 | 147 SF | 150 | 1 |
| STOR. | 120 | 97 SF | 300 | 1 |
| RISER | 121 | 235 SF | 300 | 1 |
| WOMEN'S | 122 | 209 SF | 150 | 2 |
| CORR. | 123 | 81 SF | 150 | 1 |
| MEN'S | 124 | 209 SF | 150 | 2 |
| CORRIDOR | 125 | 1,539 SF | 150 | 11 |
| MANTRAP | 126 | 323 SF | 150 | 3 |
| FLEX | 127 | 688 SF | 300 | 3 |
| ELEC - R | 128 | 1,180 SF | 300 | 4 |
| ELEC - A | 129 | 1,484 SF | 300 | 5 |
| ELEC - B | 130 | 1,484 SF | 300 | 5 |
| RESTRM. | 131 | 56 SF | 300 | 1 |
| JAN. | 132 | 46 SF | 300 | 1 |
| RESTRM. | 133 | 56 SF | 300 | 1 |
| CORRIDOR | 134 | 204 SF | 150 | 2 |
| ELEC - C | 135 | 1,484 SF | 300 | 5 |
| FUTURE ELEC | 136 | 3,952 SF | 300 | 14 |
| CORRIDOR | 138 | 2,188 SF | 150 | 15 |
| MECH GALLERY | 139 | 2,735 SF | 300 | 10 |
| FUTURE MECH GALLERY | 139A | 1,606 SF | 300 | 6 |
| DATA CENTER WAREHOUSE | 140 | 22,890 SF | 300 | 77 |
| FUTURE DATA CETNER WAREHOUSE | 140A | 13,827 SF | 300 | 46 |
| MECH GALLERY | 141 | 2,756 SF | 300 | 10 |
| FUTURE MECH GALLERY | 141A | 1,613 SF | 300 | 6 |
| CORRIDOR | 143 | 1,286 SF | 150 | 9 |
| | | STORAGE (S-2): | | 206 OCCS |
| | | BUSINESS (B): | | 92 OCCS |
| TOTAL OCCUPANT COUNT: | | | | 298 OCCS |




**LIFE SAFETY PLAN**
1/16" = 1'-0"

| | | |
|---|---|---|
| 1 | 2 | 3 |
| 4 | 5 | 6 |

NORTH **KEYPLAN**

BCEI
BURR COMPUTER ENVIRONMENTS, INC.
MEP ENGINEERS
10400 RODGERS ROAD | HOUSTON, TX 77070
281.374.8644

CMBA ARCHITECTS
CONSULTING ARCHITECTS
302 JONES STREET | SUITE 200 | SIOUX CITY, IA 51101
712.292.2546

THOMAS & HUTTON
CONSULTING CIVIL ENGINEERS
500 11TH AVENUE NORTH | SUITE 800 | NASHVILLE, TN 37203
615.349.4990

CJG ENGINEERS
CONSULTING STRUCTURAL ENGINEERS
6051 NORTH COURSE DRIVE | SUITE 375 | HOUSTON, TX 77072
713.780.3345

# DC BLOX
BNA1-A
ADDRESS
648 GRASSMERE PARK
NASHVILLE, TN 37211

**ISSUES & REVISIONS**

| NO | DATE | DESCRIPTION |
|---|---|---|
| P01 | 05.15.2026 | ISSUE FOR PERMIT |
| P04 | 07.01.2026 | REVISED PER METRO CODES |

SEAL



SHEET TITLE
CODE REVIEW INFORMATION

DRAWN: TRH
REVIEWED: DEL
PROJECT NO: C2652

SHEET NO.
A000003

PROPRIETARY: NOT FOR DISCLOSURE OR USE WITHOUT THE WRITTEN CONSENT OF BURR COMPUTER ENVIRONMENTS, INC.

© BURR COMPUTER ENVIRONMENTS, INC.

# GENERAL NOTES

- **A** SEE SHEET A000002 FOR ALL WALL ASSEMBLY TYPES.
- **B** EXTERIOR WALL DIMENSIONS ARE TO EXTERIOR FACE UNLESS NOTED OTHERWISE.
- **C** INTERIOR DIMENSIONS ARE TO FACE OF WALL UNLESS NOTED OTHERWISE.
- **D** ALL INTERIOR WALL ASSEMBLIES TO EXTEND TO DECK UNLESS NOTED OTHERWISE.
- **E** CONTRACTORS SHALL FIELD VERIFY ALL DIMENSIONS AND NOTIFY ARCHITECT OF ANY DISCREPANCIES PRIOR TO BEGINNING THE AFFECTED WORK.
- **F** PROVIDE BLOCKING WHERE CASEWORK, FIXTURES, FURNITURE, OR ACCESSORIES ARE TO BE INSTALLED ON WALL ASSEMBLIES. PROVIDE FIRE RATED BLOCKING IN FIRE RATED WALL CONSTRUCTION.
- **G** DO NOT SCALE DRAWINGS, FOLLOW DIMENSIONS.
- **H** MECHANICAL AND ELECTRICAL EQUIPMENT / FIXTURES SHOWN FOR REFERENCE, SEE MECHANICAL AND ELECTRICAL CONSTRUCTION DOCUMENTS FOR INFORMATION.
- **I** ALL PENETRATIONS THROUGH FIRE-RESISTANCE/SMOKE/ SOUND RATED CONSTRUCTION SHALL BE SEALED WITH APPROVED FIRE-STOPPING OR SEALANT TO MAINTAIN REQUIRED RATINGS.




**FLOOR PLAN - LEVEL 01 - OVERALL PLAN**
1/16" = 1'-0"

| | | |
|---|---|---|
| 1 | 2 | 3 |
| 4 | 5 | 6 |

KEYPLAN
NORTH

BURR COMPUTER ENVIRONMENTS, INC.
MEP ENGINEERS
10400 RODGERS ROAD | HOUSTON, TX 77070
281.374.8644

CMBA ARCHITECTS
CONSULTING ARCHITECTS
302 JONES STREET | SUITE 200 | SIOUX CITY, IA 51101
712.292.2546

THOMAS & HUTTON
CONSULTING CIVIL ENGINEERS
500 11TH AVENUE NORTH | SUITE 800 | NASHVILLE, TN 37203
615.349.4990

CJG ENGINEERS
CONSULTING STRUCTURAL ENGINEERS
6051 NORTH COURSE DRIVE | SUITE 375 | HOUSTON, TX 77072
713.780.3345

DC BLOX
BNA1-A
ADDRESS
648 GRASSMERE PARK
NASHVILLE, TN 37211

## ISSUES & REVISIONS

| NO | DATE | DESCRIPTION |
|---|---|---|
| P01 | 05.15.2026 | ISSUE FOR PERMIT |
| P04 | 07.01.2026 | REVISED PER METRO CODES |

SEAL
DANIEL E. LEVI
REGISTERED ARCHITECT
108975
STATE OF TENNESSEE

SHEET TITLE
FLOOR PLAN - OVERALL

DRAWN: TRH
REVIEWED: DEL
PROJECT NO: C2652

SHEET NO.
A1C0100

PROPRIETARY: NOT FOR DISCLOSURE OR USE WITHOUT THE WRITTEN CONSENT OF BURR COMPUTER ENVIRONMENTS, INC.

© BURR COMPUTER ENVIRONMENTS, INC.




**A CONDUCTOR HEAD SCUPPER ISOLATION**
1" = 1'-0"




**B ROOF PLAN SCUPPERS DETAIL**
1" = 1'-0"

## GENERAL NOTES

- **A** COORDINATE WORK WITH MECHANICAL, AND ELECTRICAL DOCUMENTS FOR ADDITIONAL EQUIPMENT, VENTS, OR PENETRATIONS THROUGH ROOF. PROVIDE CURBS AND/OR FLASHING TO MAKE ALL PENETRATIONS WEATHER-TIGHT.
- **B** MECHANICAL AND ELECTRICAL EQUIPMENT / FIXTURE SHOWN FOR REFERENCE ONLY. SEE MECHANICAL AND ELECTRICAL DOCUMENTS.
- **C** PONDING WATER WILL NOT BE ACCEPTED.
- **D** PROVIDE STANDS AS REQUIRED FOR MECHANICAL, UTILITY, OR ELECTRICAL CONDUIT / PIPING.
- **E** ROOF COPING (CAPS), FLASHING AND TRIMS SHALL BE SLOPED A MINIMUM OF 1/2" PER 1'-0" UNLESS NOTED OTHERWISE
- **F** ROOF LAYOUT, TAPERED INSULATION, CRICKETS, ETC ARE DIAGRAMMATIC IN NATURE. FINAL DESIGN AND LAYOUT TO BE COORDINATED WITH ROOFING MANUFACTURER.
- **G** SCUPPER AND OR GUTTER AND DOWNSPOUTS COORDINATE WIT EXTERIOR ELEVATIONS.

## LEGEND

| | | |
|---|---|---|
| | RD | ROOF DRAIN |
| | ORD | OVERFLOW ROOF DRAIN |
| (box) | SS | SLOPED STRUCTURE : FLAT INSULATION |
| (hatched box) | TI | TAPERED INSULATION AT SLOPE INDICATED |

**NOTE:**
ALL PIPE PORTALS AND RTU CURBS (INCLUDING THE FUTURE RTU CURBS) TO BE PROVIDED BY MC AND INSTALLED BY GC

**NOTE:**
COORDINATE WORK WITH STRUCTURAL, MECHANICAL, AND ELECTRICAL DOCUMENTS FOR ADDITIONAL EQUIPMENT, VENT, OR PENETRATIONS THROUGH ROOF. PROVIDE CURB AND/OR FLASHING AS REQUIRED TO ENSURE ALL PENETRATIONS ARE WEATHER-TIGHT.




**ROOF PLAN**
1/16" = 1'-0"

| | | |
|---|---|---|
| 1 | 2 | 3 |
| 4 | 5 | 6 |

NORTH
**KEYPLAN**

BCEI
BURR COMPUTER ENVIRONMENTS, INC.


MEP ENGINEERS
10400 RODGERS ROAD | HOUSTON, TX 77070
281.374.8644

CMBA ARCHITECTS
CONSULTING ARCHITECTS
302 JONES STREET | SUITE 200 | SIOUX CITY, IA 51101
712.292.2546

THOMAS & HUTTON
CONSULTING CIVIL ENGINEERS
500 11TH AVENUE NORTH | SUITE 800 | NASHVILLE, TN 37203
615.349.4990

CJG ENGINEERS
CONSULTING STRUCTURAL ENGINEERS
6051 NORTH COURSE DRIVE | SUITE 375 | HOUSTON, TX 77072
713.780.3345


# DC BLOX

BNA1-A

ADDRESS
648 GRASSMERE PARK
NASHVILLE, TN 37211

## ISSUES & REVISIONS

| NO | DATE | DESCRIPTION |
|---|---|---|
| P01 | 05.15.2026 | ISSUE FOR PERMIT |
| P04 | 07.01.2026 | REVISED PER METRO CODES |

SEAL




SHEET TITLE
ROOF PLAN

DRAWN: TRH
REVIEWED: DEL
PROJECT NO: C2652

SHEET NO.
A1CR100


PROPRIETARY: NOT FOR DISCLOSURE OR USE WITHOUT THE WRITTEN CONSENT OF BURR COMPUTER ENVIRONMENTS, INC.

© BURR COMPUTER ENVIRONMENTS, INC.