**Nashville ePermits**

**Search for a:** Permit License Complaint

**Search by:** Address Permit # Contractor

648 Grassmere Park

Advanced Search

Results

141-142 of 142 Results

| | PERMIT # | TYPE | ADDRESS | PERMIT NAME | CONTRACTOR | PROJECT | ISSUED | COMPLETED | STATUS |
|---|---|---|---|---|---|---|---|---|---|
| **141** | T2026048408 | SWGR- Stormwater Grading Permit | 648 GRASSMERE PARK | BNA1 | | | | 07-23-2026 | HOLD |
| **142** | T2026059966 | CATR- Building Tree Removal Permit | 648 GRASSMERE PARK | | | | | 07-23-2026 | HOLD |

First Previous 1 2 3 4 5 6 7 8 Next Last