## Case: 2026-116

View this case in E-permits https://epermits.nashville.gov/?#/search?searchCode=PRMT&page=1&searchText=20260048535&searchType=permit

| | |
|---|---|
| Date Accepted | 6/9/26 |
| Parcel ID | 13300013500 |
| Council District / Member | 26 |
| Property Owner | MARKETSTREET GRASSMERE, CO |
| Appellant | MARKETSTREET GRASSMERE, CO |
| Hearing Date | 12/3/26 |
| Previous Deferral Date | |
| Application Scope | to construct single story 69,220SF building for DC blox data center. not to be over any easements.***PURSUANT TO ORDINANCE NO 2008-1263 of the Metropolitan Code of Laws, I , holder of this permit, hereby certify that all construction and demolition waste generated by any and all activities governed by this permit shall be disposed of in an approved landfill. Further, I certify that no construction or demolition waste shall be stored on the property in violation of any provisions of the Metropolitan Code. For every 30 feet of street frontage, or fraction thereof, one 2 inch caliper tree as listed in the Urban Forestry approved tree list shall be planted on the subject property. For every 50 feet of site frontage, a double-sided sign 24" x 36" in size must be posted in English and Spanish that contains the information required by Ordinance No. 2017-835. No more than three signs are required.*** |
| Reason | An Item A appeal challenging the Zoning Administrator's decision regarding the classification of the intended use, as well as the interpretation of the Vested Rights Act. |
| Purpose | The appellant is seeking to challenge the Zoning Administrator's decision regarding the classification of the intended use, as well as the interpretation of the Vested Rights Act. |
| Deny Section | 17.40.180 |
| Activity | Warehouse |
| In Urban Zoning Overlay? | N |