

**Courtney Johnston for Nashville26**
June 6 ·

Zoom in to this picture! I haven't seen this kind of outcry in a long time. The petition from the zoo? Nearly 240,000 strong at the time of this post. I don't think it's even been 48 hours since it was first published.

My community should know that I'm doing everything I can, legislatively and otherwise, to prevent this project from coming to fruition next to our beloved Nashville Zoo. This is NOT the right place for this.

Thank you to everyone that has reached out - and it has been MANY. Not only expressing their thoughts but also offering their talents, expertise and experience. I'm so proud of our community - smart and strong. **See less**

https://www.facebook.com/share/p/199iai626T/