**nashvillezoo** We greatly appreciate the steps taken by city and state leaders this week to support the proposed data center legislation. We must continue to keep momentum going in our fight and ensure meaningful protections are in place now!

We cannot allow DC Blox to move forward or be grandfathered into the legislation while this work is still underway. We believe that approvals and permits for data centers should be paused immediately until that process is complete in order to protect Nashville's communities and the endangered species that call Nashville Zoo home, including the critically endangered Amur leopard, Jabari, pictured here.

Thanks to all of you, our petition is very close to receiving half a million signatures! Please continue to share this important message, contact your state and local government and attend the next Public Hearing in support of BL2026-1391 on July 7th at 6:00 pm at 1 Public Square, Nashville, TN 37201.

Say yes to Nashville Zoo and NO to the proposed data center!

2 minutes ago

---

**rollinhorton** and **5 others**
Nashville, Tennessee

**rollinhorton** Nashville we need to hear your ROAR. 🐯

Please mark your calendar and come speak in support of my bill BL2026-1391 so we can protect the zoo and ALL of Davidson County from the dangers of data centers.

📅Tuesday, July 7
⏰6:30 PM
📍 Metro Courthouse Council Chambers | 1 Public Sq #204, Nashville, TN 37201
🚗Park in the underground metro garage located at 📍 101 James Robertson Pkwy.
**Before you go into council chambers make sure to ask for a parking validation slip, so you don't have to pay for parking.

💬2 Minutes to Speak: Each person will be given 2 minutes to speak. During those 2 minutes you need to be sure and state:
-Your name
-Where you live (area of town and council district)
-Supporting BL2026-1391 to protect all of Davidson County from the dangers of day centers

#rollinhorton #nashville #nashvillezoo #datacenter

Edited · 8w

**williamhorton_21** Data Center stays!:
Photo available on app
6w Reply

**hardeeparty** 👏👏👏👏
8w Reply

**still_lifes** Elevating what my community member said about fixing the public comment - folks come early to work around their work and caregiving and other responsibilities and then are still forced to wait til the end. Not accessible and not participatory
8w 3 likes Reply

**danrussellartist** Does it start at 6 or 6:30?

Liked by **itsdrewsmall** and **others**
June 17

Add a comment... Post