mayorofnashvilletn • Follow

mayorofnashvilletn Mayor O'Connell is encouraging Metro Council to pass both pieces of legislation on Tuesday to better regulate data centers in Nashville.

5w

