| | | | |
|---|---|---|---|
| File #: | BL2026-1489 | | |
| Type: | Bill | Status: | Passed |
| File created: | 6/30/2026 | In control: | Budget and Finance Committee |
| On agenda: | 8/4/2026 | Final action: | 8/4/2026 |
| Title: | An ordinance authorizing The Metropolitan Government to acquire the fee interest in a parcel of property (Parcel ID No. 13300013500) through negotiation or condemnation for office, warehouse, training and other uses. (Proposal No. 2026M-009PR-001). | | |
| Sponsors: | Rollin Horton, Delishia Porterfield, Jacob Kupin, Sean Parker, Jason Spain, Brenda Gadd, Emily Benedict, Mike Cortese, Sheri Weiner, John Rutherford, Jeff Gregg, Bob Nash, Deonte Harrell | | |
| Attachments: | 1. Amendment No. 1 to BL2026-1489 | | |



title

An ordinance authorizing The Metropolitan Government to acquire the fee interest in a parcel of property (Parcel ID No. 13300013500) through negotiation or condemnation for office, warehouse, training and other uses. (Proposal No. 2026M-009PR-001).

body

WHEREAS, Section 2.01 of the Metropolitan Charter authorizes the Metropolitan Government to purchase as well as to take and appropriate real property within the area of the Metropolitan Government for any public purpose when the public convenience requires it; and

WHEREAS, The Metropolitan Government requires additional land for office, warehouse, training and other uses by various departments; and

WHEREAS, The Metropolitan Government has identified the approximately 23.49-acre property at 648 Grassmere Park (Parcel ID No. 13300013500; the "Property") as ideally sized and located for the uses described herein; and

WHEREAS, acquisition of the fee interest in the Property by negotiation or condemnation is necessary for and will serve the public convenience.

NOW, THEREFORE, BE IT ENACTED BY THE COUNCIL OF THE METROPOLITAN GOVERNMENT OF NASHVILLE AND DAVIDSON COUNTY:

Section 1. This project is declared to be in the interest of public convenience.

Section 2. The Director of Public Property Administration or designee is authorized to acquire the fee simple interest in the Property by negotiation or condemnation.

Section 3. Amendments to this ordinance may be authorized by resolution of the Metropolitan Council.

Section 4. This ordinance shall take effect from and after its adoption, the welfare of the Metropolitan Government of Nashville and Davidson County requiring it.

Agenda Analysis

Analysis

This ordinance would authorize the acquisition of the fee interest in a parcel of property through negotiation or condemnation. This parcel is a 23.49-acre property at 648 Grassmere Park, which currently serves as office space adjacent to the Nashville Zoo.

The federal and state constitutions require that private property not be taken for public use without just compensation to the property owner, whether by paying the fair cash value or the fair market value of the property on the date when the property was taken for public use. The appraised value of the parcel is $37,400,600. However, it will be necessary to perform a new appraisal to determine the current fair market value of the parcel.

Section 2.01 of the Metropolitan Charter authorizes the Metropolitan Government to purchase, take, and appropriate real property within the area of the Metropolitan Government for any public purpose when the public convenience requires it. The Metropolitan Government requires additional land for office, warehouse, training and other uses by various departments, particularly with the impending closure of the Metro Southeast office complex at 1417 Murfreesboro Pike.

Amendments to this ordinance shall be approved by resolution.