## Permit Summary

**Permit Number** CACT T2026054303
**Type** Building Commercial - Tenant Finish Out / General Office, Professional Services
**Status** Open
**Expiration Date** Dec 30, 2026

## Scope of Work

Commercial spec suite renovation of 31,537SF to construct Data Hall 2 (of 2) within the existing single story building which includes the computer room, electrical rooms, mechanical rooms and equipment. Future tenant electrical fitout improvements are not included in scope and will be submitted in a future submission. Permit scope does not include any additional land disturbance, site infrastructure, or underground site utility infrastructure beyond previously approved site civil plans. Grading and stormwater improvements have been previously approved under SWGR permit #2025035247. Site utility improvements have been previously approved under SUP permit #2025035248. Phase 1 shell permit #T2025042576. will require separate permit for future tenant.

## Parcel/Address

**Address** 2902 Brick Church Pike
NASHVILLE TN 37207
**APN** 06000015700

## Contacts

Permit/License Applicant
**Company** robert baldrica jr

Contact
**Company** robert baldrica jr

Property Owner
**Company** RADIUS DC NASHVILLE I, LLC
**Title** 20250304 0016381
**Address** 1500 CHAMPA ST STE 202
DENVER,CO 80202

| | | | |
|---|---|---|---|
| Debris Management Review | APPROVED | Erves, Donald | Jul 29, 2026 |
| [E] Cross Connect Review For Bldg App | COND | Hatcher, Penny | Jul 27, 2026 |
| | MUST PASS BACKFLOW TEST ACCT#11-8565.302 | | |
| | ALL METERS HAVE PASSED FINAL PH | | |
| [B] Fire Life Safety Review On Bldg App | REVIEWED | Stack, Timothy | Jul 27, 2026 |
| | See sprinkler notes on comment sheet | | |
| [B] Fire Sprinkler Requirement | EXISTING | Stack, Timothy | Jul 27, 2026 |
| | See sprinkler noteds on comment sheet | | |
| [B] Building Plans Review | REVIEWED | Harris, Richard | Jul 27, 2026 |
| | Interior renovations to 31,537 SF area of large B/S-2 structure for a data center in 2-B Sprinklered construction. Coordinate with Shell permit 2025042576. Architect is Eric R. Scott # 108735. | | |

## Condition

| CONDITIONS OF APPROVAL | DESCRIPTION | STATUS |
|---|---|---|
| CAPLMB | Plumbing Permit - CAPL | APPROVED ON Jul 27, 2026 |
| CAELEC | Electrical Trade Permit - CAEL | APPROVED ON Jul 27, 2026 |
| CAGM | Gas-Mechanical Permit - CAGM | APPROVED ON Jul 27, 2026 |

Parent permit:

## Permit Summary

| | |
|---|---|
| **Permit Number** | CACN 2025042576 |
| **Type** | Building Commercial - New / General Office, Professional Services |
| **Status** | Issued |
| **Date Issued** | Sep 19, 2025 |
| **Expiration Date** | Nov 19, 2027 |

## Scope of Work

To construct a single-story 103,877 SF structure to accommodate a Data Center (established as professional office use). To fit out Administrative Offices and 1 Data Hall (out of 2 leaving one Data Hall in white box condition, future tenant improvement permit required to finish out). SWGR Permit #T2025019659. 27 parking stalls to be provided and 49 spaces deferred and not required until a change of use per Parking Study approved by City Traffic Engineer. 1 house generator and 3 main generators for a total of 4 generators to be installed in this phase. Project to include 2902, 2906 & 2912 Brick Church Pike. Lots combined through Final Plat #202509180074712. POC: Robert Baldrica, Jr 570.586.4334 bb poc robert baldrica

## Parcel/Address

| | |
|---|---|
| **Address** | 2902 Brick Church Pike<br>NASHVILLE TN 37207 |
| **APN** | 06000002000 |

## Contacts

Property Owner

| | |
|---|---|
| **Company** | RADIUS DC NASHVILLE I, LLC |
| **Title** | 20250306 0016946 |
| **Address** | 1500 CHAMPA ST STE 202<br>DENVER,CO 80202 |

Permit/License Applicant

| | |
|---|---|
| **Company** | DPR CONSTRUCTION, A GENERAL PARTNERSHIP |
| **Name** | |

WS - Plumbing Contractor

| | |
|---|---|
| **Company** | GRAND FIRE PROTECTION LLC |
| **Name** | TREVOR DANIEL |
| **Address** | 916 MYATT INDUSTRIAL DR<br>Madison,TN 37115 |

| | | | |
|---|---|---|---|
| Commercial Building Progress | APPROVED | Horner, Matthew | Aug 4, 2026 |
| | Sequence 3 Admin Building framing inspection | | |

## Permit Summary

| | |
|---|---|
| **Permit Number** | CAEL 2026064720 |
| **Type** | Electrical Permit / Temporary Elec Service |
| **Status** | Done |
| **Date Issued** | Aug 5, 2026 |
| **Expiration Date** | Aug 5, 2028 |

## Scope of Work

To construct a single-story 103,877 SF structure to accommodate a Data Center (established as professional office use). To fit out Administrative Offices and 1 Data Hall (out of 2 leaving one Data Hall in white box condition, future tenant improvement permit required to finish out). SWGR Permit #T2025019659. 27 parking stalls to be provided and 49 spaces deferred and not required until a change of use per Parking Study approved by City Traffic Engineer. 1 house generator and 3 main generators for a total of 4 generators to be installed in this phase. Project to include 2902, 2906 & 2912 Brick Church Pike. Lots combined through Final Plat #202509180074712. POC: Robert Baldrica, Jr 570.586.4334 bb poc robert baldrica---------------- (2) 200A Temp Services

## Parcel/Address

| | |
|---|---|
| **Address** | 2902 Brick Church Pike<br>NASHVILLE TN 37207 |
| **APN** | 06000002000 |

## Contacts

Permit/License Applicant

| | |
|---|---|
| **Company** | EVERGREEN INNOVATION GROUP LLC |
| **Name** | EVERGREEN INNOVATION GROUP LLC |
| **Address** | 1001 8TH AVE S<br>NASHVILLE,TN 37203 |

Contact

| | |
|---|---|
| **Company** | EVERGREEN INNOVATION GROUP LLC |
| **Name** | EVERGREEN INNOVATION GROUP LLC |
| **Address** | 1001 8TH AVE S<br>NASHVILLE,TN 37203 |

Property Owner

| | |
|---|---|
| **Company** | RADIUS DC NASHVILLE I, LLC |
| **Title** | 20250306 0016946 |
| **Address** | 1500 CHAMPA ST STE 202<br>DENVER,CO 80202 |

## Contractors

| | |
|---|---|
| **Name** | EVERGREEN INNOVATION GROUP LLC |
| **License#** | DC1702 |

## Related Permits

| PERMIT # | TYPE | RELATION |
|---|---|---|
| 2025042576 | CACN - Building Commercial - New | Parent |

## Reviews / Inspections

| DESCRIPTION | STATUS | COMPLETED BY | COMPLETED |
|---|---|---|---|
| Permit Issued | ISSUED | Kiva Web User, Codes | Aug 5, 2026 |
| Electrical Payment Approval | OK TO PAY | Kiva Web User, Codes | Aug 5, 2026 |
| NES Release after Final | DONE | McClenton, Shaunte | Aug 7, 2026 |
| Electrical Temporary Service | RELEASEREQ | Street, Jason | Aug 6, 2026 |
| | 4931223 | | |