Docusign Envelope ID: 4D461D60-970A-84DF-826A-E0F8B30457AC

**UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

| | |
|---|---|
| **DCB NASHVILLE, LLC,**<br>a Delaware limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>**THE METROPOLITAN GOVERNMENT OF NASHVILLE AND DAVIDSON COUNTY**,<br><br>Defendant. | Case No. 3:26-cv-01143<br>Judge Richardson<br><br>**COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF AND DAMAGES UNDER 42 U.S.C. § 1983**<br><br>**JURY DEMAND** |

DECLARATION OF DANIEL WEEDE

I, Daniel Weede, hereby declare as follows:

1. I am over 18 years old.
2. I am Daniel Weede, and I am a Shareholder with Maynard Nexsen in Georgia.
3. I have served as outside counsel for DC BLOX, and, in that capacity, I assisted DC BLOX with discussions with the Metropolitan Government of Nashville and Davidson County.
4. On June 12, 2026, I had a phone call with Mr. Wally Dietz, who was the Metro Director of Law.
5. He told me that Metro would do whatever it could to ensure that our project was not developed and specifically referenced the public outcry regarding the project.

Docusign Envelope ID: 4D461D60-970A-84DF-826A-E0F8B30457AC

6. During that call, I requested a meeting between Mayor O'Connell and DC BLOX executives to discuss the project.

7. Mr. Dietz informed me that he would advise against such a meeting, and, at that time, the Mayor did refuse to meet with DC BLOX.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on 8/14/2026 | 9:50 PM PDT, 2026, in Fulton Co., GA.

Signed by:
Daniel Weede
0D5740E9EE0A421...

Daniel R. Weede
Shareholder
Maynard Nexsen