# COMMERCIAL PERMIT APPLICATION (12/2025)

DEPARTMENT OF CODES AND BUILDING SAFETY METROPOLITAN GOVERNMENT OF NASHVILLE AND DAVIDSON

**SUBMISSION AND QUESTIONS RELATED TO THIS APPLICATION SHOULD BE DIRECTED TO ZONINGHELPDESK@NASHVILLE.GOV**

| | | |
|---|---|---|
| **Name of Project (name of business)** | DC BLOX | |
| **Address of Project** | 648 GRASSMERE PARK | **Suite #:** |
| **Map and Parcel Number (REQUIRED)** | 133 00 0 135.00 | |

## PERMIT TYPE

☐ **MASTER PERMIT**
- ✓ Multiple buildings on one parcel
- ✓ 3 or more attached or detached single-family homes
- ✓ Construction permits required

SWGR permit #: 

☒ **NEW CONSTRUCTION**
- ✓ Standalone building
- ✓ Accessory structure
- ✓ Job site trailer
- ✓

Master permit # (if applicable): 

☐ **FOUNDATION PERMIT**

Master permit # (if applicable): 

☐ **SHELL PERMIT**

Master permit # (if applicable): 

☐ **TENANT FINISH OUT**

Shell permit #: 

☐ **ADDITION**
- ✓ Attached
- ✓ Additional square footage

☐ **PERMIT AMENDMENT**
- ✓ Additional square footage being added after permit issuance.
- ✓ Inspector required amendment for interior changes after permit issuance.

Original permit #: 

☐ **SIGN PERMIT**
- ☐ Wall sign
- ☐ Ground/Pylon
- ☐ Panel change out
- ☐ Billboard

Permit # establishing business at this location: 

☐ **USE & OCCUPANCY**
- ✓ Establish use of business

Previous business to occupy space: 

☐ **REHAB/RENOVATION**
- ✓ No square footage added
- ✓ Roofing
- ✓ Interior or exterior work
- ✓ Interior demolition only

☐ **FOOD TRUCK**
- ✓ This permit with Codes is in addition to the Health Dept. and Metro Fire Dept. permits.

☐ **CHANGE OF CONTRACTOR**
- ✓ No change in scope of work
- ✓ Original permit issued

| Original permit # | % of work remaining |
|---|---|
| | |

☐ **DEMOLITION PERMIT**
- ✓ Removal of building

Will the slab remain?: 

## SCOPE OF WORK

**Business activity: (What will you be selling? What services will you provide? What type of business will operate?)**

| Previous business to occupy space | Proposed business? |
|---|---|
| Office/Unknown/Asurion | Colo IT Facility/Data Center |

**Construction work taking place:**

DEMOLITION OF (2) EXISTING BUILDINGS (INCLUDING DATA HALL & EQUIPMENT & ASSOCIATED PADS/INFRASTRUCTURE), CONSTRUCTION OF (1) SINGLE-STORY 69,220 SF NEW BUILDING AND ASSOCIATED INFRASTRUCTURE.

**Contract value or construction cost (if known):** TBD

## POINT OF CONTACT

| Point of contact for permit approvals? | Point of contact for plan submittal? |
|---|---|
| Name: JEREMY DREILING | Name: JEREMY DREILING |
| Phone: 913-202-3356 | Phone: 913-202-3356 |
| E-mail: JEREMY.DREILING@BCEI.COM | E-mail: JEREMY.DREILING@BCEI.COM |
| Third party review: Yes ☐ No ☒ | State registered identification number: |