UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| DCB NASHVILLE, LLC,<br><br>Plaintiff,<br><br>v.<br><br>THE METROPOLITAN GOVERNMENT OF NASHVILLE AND DAVIDSON COUNTY,<br><br>Defendant. | ) | NO. 3:26-cv-01143<br><br>JUDGE RICHARDSON |

**ORDER**

Pending before the Court is the motion to dismiss (Doc. No. 22, "Motion") filed by Defendant, the Metropolitan Government of Nashville and Davidson County.[1] Via the Motion, Defendant seeks the dismissal, pursuant to Rule 12(b)(1) and Rule 12(b)(6), of the complaint (Doc. No. 1, "Complaint") of Plaintiff, DCB Nashville, LLC. Plaintiff has filed a response (Doc. No. 24) in opposition to the Motion. Defendant has filed a reply (Doc. No. 25) in further support of the Motion.

For the reasons stated in the accompanying memorandum opinion, Defendant's Motion (Doc. No. 22) is **GRANTED IN PART AND DENIED IN PART**, as reflected in the following two sentences. The Motion is granted to the extent that it requests the dismissal of Count II of the Complaint pursuant to Rule 12(b)(6), and Count II of the Complaint is **DISMISSED** pursuant to Rule 12(b)(6). The Motion is denied in that the Court does not dismiss any of the other counts in

[1] Defendant's memorandum of law in support of the Motion is incorporated within the Motion.

the Complaint on any of the particular (purported) bases for dismissal asserted by Defendant in its Motion.

Additionally, for the reasons stated in the accompanying memorandum opinion, Count I, Count III, and Count IV of the Complaint are **DISMISSED**. Such dismissal is without prejudice to Plaintiff filing, within twenty-one days of the entry of this order, an amended complaint reasserting these counts in a manner that addresses the deficiencies with respect to these counts identified by the Court in the accompanying memorandum opinion. To the extent that Plaintiff does file an amended complaint reasserting one or more of Count I, Count III, and/or Count IV, Defendant shall then have twenty-one days from such filing to respond, by filing either an answer or a motion to dismiss, to the amended complaint. To the extent that Plaintiff ultimately forgoes timely reasserting any or all of these counts in an amended complaint (therein addressing the deficiencies that the Court has identified in the accompanying memorandum opinion), those counts that Plaintiff forgoes timely reasserting in an amended complaint will be dismissed conclusively.

Further, for the reasons stated in the accompanying memorandum opinion, the Court declines to exercise jurisdiction over Count V, Count VI, Count VII, Count VIII, and Count IX of the Complaint, and the Court accordingly **DISMISSES** these counts without prejudice.

Moreover, given that all counts in the Complaint have been dismissed (in one manner or another), Plaintiff's pending motion for a preliminary injunction (Doc. No. 12) is **DENIED** as moot. Such denial is without prejudice to Plaintiff filing a renewed motion for a preliminary injunction in the event that Plaintiff ultimately does reassert any of Count I, Count III, or Count IV in a timely amended complaint.

IT IS SO ORDERED.

Eli Richardson

ELI RICHARDSON
UNITED STATES DISTRICT JUDGE