**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

| | | |
|---|---|---|
| **DCB NASHVILLE, LLC,** | ) | |
| | ) | **Case No. 3:26-cv-01143** |
| **Plaintiff,** | ) | |
| | ) | **District Judge Eli J. Richardson** |
| **v.** | ) | **Magistrate Judge Lynda M. Hill** |
| | ) | |
| **THE METROPOLITAN GOVERNMENT OF NASHVILLE AND DAVIDSON COUNTY,** | ) | |
| **Defendant.** | | |

**O R D E R**

The initial case management conference was held in person on November 16, 2026. For the reasons discussed during the conference, the conference is **CONTINUED** until **December 1, 2026, at 9:00 a.m.**, to be held telephonically using the Court's conference line. The dial-in number is 1-855-244-8681, and the access code is 23021141079#. The parties will file their joint proposed case management plan on November 30, 2026, and e-mail a Word version to chambers.

The deadline by which Defendant must respond to Plaintiff's Amended Complaint (Doc. No. 31) is stayed and will be reset if necessary at the December 1, 2026 conference.

It is SO ORDERED.

LYNDA M. HILL
United States Magistrate Judge